UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT MILLING, LLC, a limited liability company; CLYDE R. EDGAR, an individual; and GRACE EDGAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT J. HULL, an individual; BEACH LINE CITRUS, LLC, a limited liability company; and IMPERIAL CALIFORNIA OLIVE MILL, LLC, a limited liability company,<br><br>Defendants. | Case No.: 19-CV-775 JLS (AGS)<br><br>**ORDER: (1) GRANTING JOINT MOTION FOR ORDER EXTENDING COUNTER-DEFENDANTS' TIME TO ANSWER FIRST AMENDED COUNTERCLAIM, AND (2) DENYING AS MOOT COUNTER-DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF Nos. 14, 17) |
| IMPERIAL CALIFORNIA OLIVE MILL, LLC, a California limited liability company,<br><br>Counter-Claimant,<br><br>v.<br><br>DESERT MILLING, LLC, an Arizona limited liability company dba DESERT OLIVE FARMS; CLYDE R. EDGAR, an individual; GRACE BENSON EDGAR, an individual; and ROES 1 through 20, inclusive,<br><br>Counter-Defendants. | |

Presently before the Court is Plaintiffs and Counter-Defendants Desert Milling, LLC; Clyde R. Edgar; and Grace Edgar; Defendant and Counter-Claimant Imperial California Olive Mill, LLC; and Defendants Robert J. Hull and Beach Line Citrus, LLC's Joint Motion for Order Extending Counter-Defendants' Time to Answer First Amended Counterclaim ("Joint Mot.," ECF No. 17). The Parties request a two-week extension of Counter-Defendants' deadline to file an answer to Counter-Claimant's First Amended Counterclaim because "Counter-Defendants' counsel has been on a pre-planned family vacation in North Carolina since August 7, 2019, and will be gone on that vacation through August 15, 2019, and has been unable to effectively communicate with his clients to properly prepare the answer to the First Amended Counterclaim due to family commitments and the time difference from his clients." *Id.* at 2. The Parties also agree that Counter-Defendants' Motion to Dismiss (ECF No. 14) was mooted by the filing of the First Amended Counterclaim (ECF No. 16). *Id.* at 3.

Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 17) and **DENIES AS MOOT** Counter-Defendants' Motion to Dismiss (ECF No. 14). Counter-Defendants **SHALL FILE** an answer to Counter-Claimant's First Amended Counterclaim on or before August 23, 2019.

**IT IS SO ORDERED.**

Dated: August 16, 2019

Hon. Janis L. Sammartino
United States District Judge